IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| FAMILY MEDICINE PHARMACY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>OWEN MUMFORD USA, INCORPORATED,<br><br>    Defendant. | Civil Action No. 1:15-cv-00290-N |

## NOTICE OF SETTLEMENT

Defendant Owen Mumford USA, Incorporated ("Owen Mumford") hereby gives the Court notice that it has reached an agreement-in-principle with Plaintiff to settle this dispute. The Parties are in the process of memorializing their agreement in a written document and expect to file materials to dismiss this case once that process is complete.  As such, Owen Mumford respectfully requests that the Court take no further action in this matter—including any consideration of Owen Mumford's pending Motion to Stay [Dkt. No. 13] or Partial Motion to Dismiss [Dkt. No. 20]—for 30 days while the parties finalize their settlement agreement.

Respectfully submitted, this 15th day of October, 2015.

/s/ Ross D. Andre
Cindy D. Hanson (GA Bar No. 323920)
(chanson@kilpatricktownsend.com)
Admitted *pro hac vice*
Ross D. Andre (GA Bar No. 281210)
(randre@kilpatricktownsend.com)
Admitted *pro hac vice*

**KILPATRICK TOWNSEND &
  STOCKTON LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309-4530

1

Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Patrick H. Sims (Bar No. SIMSP8145)

**CABANISS, JOHNSTON, GARDNER,
 DUMAS & O'NEAL LLP**
63 South Royal Street, Suite 700
Mobile, AL 36602
Tel:    (251) 415-7304
Fax:   (251) 415-7350
phs@cabaniss.com

*Attorneys for Defendant*
*Owen Mumford USA, Incorporated*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of October, 2015, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record:

    Diandra S. Debrosse-Zimmermann
    ZARZAUR MUJAMDAR & DEBROSSE
    2332 2nd Avenue North
    Birmingham, Alabama 35203

    James H. McFerrin
    McFERRIN LAW FIRM, LLC
    265 Riverchase Parkway East
    Suite 202
    Birmingham, Alabama 35244

                                         /s/ Ross D. Andre
                                         Ross D. Andre