IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FAMILY MEDICINE PHARMACY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   CIVIL ACTION NO. 15-0290-CG-N ) |
| OWEN MUMFORD USA, INCORPORATED, | ) ) ) |
| Defendant. | ) |

## ORDER

The parties having filed a joint Stipulation of Dismissal with Prejudice (Doc. 33), the Plaintiff's claims against Defendant Owen Mumford USA, Incorporation are hereby **DISMISSED with prejudice**; and all claims asserted on behalf of the putative class in this case are **DISMISSED without prejudice**. Each party shall bear its own costs.

**DONE and ORDERED** this 30th day of October 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE